IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03092-WYD-KMT

THE NICHOLS PARTNERSHIP, INC., a Colorado corporation,

    Plaintiff,

v.

MASSACHUSETTS BAY INSURANCE COMPANY, a Massachusetts corporation;
THE HANOVER INSURANCE GROUP, a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice.  The Court, having reviewed the Stipulation and being advised as to all matters thereto, hereby

ORDERS that the Stipulation for Dismissal with Prejudice (ECF No. 20) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE,** each party to pay its own attorneys' fees and costs.

Dated:  April 25, 2013.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE